ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (SBN 077928)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2413
    Facsimile: (213) 894-0115
    E-mail: paul.rochmes@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. CV10 5519-GW (JCx)
) 
    Petitioner, ) [PROPOSED]
)
vs. ) ORDER TO SHOW CAUSE
)
FRANK DANIEL SIGALA, )
)
    Respondent. )
)

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20

1

1 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. **10**,

[X] United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

[ ] Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

[ ] Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

[ ] Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

on September 27, 2010, at **9:30 A** .m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

1  **IT IS FURTHER ORDERED** that within ten (10) days after
2  service upon Respondent of the herein described documents,
3  Respondent shall file and serve a written response, supported by
4  appropriate sworn statements, as well as any desired motions.
5  If, prior to the return date of this Order, Respondent files a
6  response with the Court stating that Respondent does not desire to
7  oppose the relief sought in the Petition, nor wish to make an
8  appearance, then the appearance of Respondent at any hearing
9  pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1   IT IS FURTHER ORDERED that all motions and issues raised by
2   the pleadings will be considered on the return date of this
3   Order.  Only those issues raised by motion or brought into
4   controversy by the responsive pleadings and supported by sworn
5   statements filed within ten (10) days after service of the herein
6   described documents will be considered by the Court.  All
7   allegations in the Petition not contested by such responsive
8   pleadings or by sworn statements will be deemed admitted.

10   DATED: This  1st  day of  August         , 2010.

12   _____
13                UNITED STATES DISTRICT JUDGE

19   Presented By:
20
21   ANDRÉ BIROTTE JR.
     United States Attorney

22   SANDRA R. BROWN
     Assistant United States Attorney
23   Chief, Tax Division

25   _____
     PAUL H. ROCHMES
26   Assistant United States Attorney
     Attorney for the United States of America

4